ceeding by the People of the State of New York against Jennie Carmody. No opinion. Passed twice, and dismissed under rule 39.

PEOPLE, Respondent, v. CICILIO, Appellant. (Supreme Court, Appellate Division, First Department. January 21, 1910.) Proceeding by the People of the State of New York against Salvatore Cicilio. J. E. Brande, for appellant. R. C. Taylor, for respondent. No opinion. Judgment reversed, and new trial ordered. Settle order on notice.

PEOPLE, Respondent, v. DE BARBERI, Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1909.) Proceeding by the People of the State of New York against Fred De Barberi. No opinion. Motion for reargument denied, without costs. For former decision see 119 N. Y. Supp. 1138.

PEOPLE, Appellant, v. DECKER, Respondent. (Supreme Court, Appellate Division, Third Department. December 30, 1909.) Proceeding by the People of the State of New York against William Decker.
PER CURIAM. Judgment and order affirmed, with costs.
SMITH, P. J., and COCHRANE, J., dissent.

PEOPLE v. DE FORNARO. (Supreme Court, Appellate Division, First Department. January 28, 1910.) Proceeding by the People of the State of New York against Carlo de Fornaro. No opinion. Motion to dismiss appeal granted, unless appellant comply with conditions stated in order. Order filed. See, also, 119 N. Y. Supp. 746.

PEOPLE v. DUNN. SAME v. SILVERMAN et al. CONLON v. KELLY. (Supreme Court, Appellate Division, First Department. December 24, 1909.) Proceedings by the People of the State of New York against John Dunn and against Harry Silverman and another, and action by Eva K. Conlon against Mary A. Kelly. No opinions. Motions granted, unless appellant complies with conditions stated in order. Orders filed.

PEOPLE, Respondent, v. FARINA, Appellant. (Supreme Court, Appellate Division, Second Department. January 21, 1910.) Proceeding by the People of the State of New York against Nick Farina. No opinion. Motion for resettlement of order denied, without costs. See, also, 134 App. Div. 110, 118 N. Y. Supp. 817.

PEOPLE v. GREEN. (Supreme Court, Appellate Division, First Department. December 10, 1909.) Proceeding by the People of the state of New York against John Green. See, also, 118 N. Y. Supp. 1130. With this case has been consolidated in this court cases bearing titles as follows: People v. Richard Moore; People v. Mary Dale; Richard A. Springs v. David W. James; Felix H. Levy v. Alfred Jaeckel; Richard V. Mattison v. Agnes Mattison; Twelfth Ward Bank v. Gus Luckes; Isaac Dincin v. Samuel Colcord; Jerome S. Luneschloss v. J. Weinberg; Irwin Merkel v. William J. Murray. No opinions. Motions to dismiss appeals granted, unless appellants comply with conditions stated in orders. Orders filed.

PEOPLE v. GREEN. (Supreme Court, Appellate Division, First Department. January 28, 1910.) Proceeding by the People of the State of New York against John Green. No opinion. Motion granted as stated in order. Order filed.

PEOPLE, Respondent, v. HARRIS, Appellant. (Supreme Court, Appellate Division, First Department. December 24, 1909.) Proceeding by the People of the State of New York against Charles Harris. L. A. Snitkin, for appellant. A. A. Mayper, for the People. No opinion. Judgment affirmed. Order filed.

PEOPLE, Respondent, v. HLAVACEK, Appellant. (Supreme Court, Appellate Division, Third Department. December 30, 1909.) Proceeding by the People of the State of New York against Frank Hlavacek. No opinion. Judgment of conviction unanimously affirmed.

PEOPLE, Respondent, v. HOUGHTON, Appellant. (Supreme Court, Appellate Division, First Department. December 24, 1909.) Proceeding by the People of the State of New York against William H. Houghton. L. J. Vorhaus, for appellant. W. T. Jerome, for the People. No opinion. Upon the stipulation of the district attorney, judgment reversed, and new trial ordered. Order filed.

PEOPLE, Respondent, v. KRAUS, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 26, 1910.) Proceeding by the People of the State of New York against John Kraus. No opinion. Motion granted dismissing appeal.

PEOPLE v. MARENO. SAME v. BERKOWITZ. (Supreme Court, Appellate Division, First Department. December 10, 1909.) Proceedings by the People of the State of New York against Antony Mareno, and against Morris Berkowitz. No opinions. Motions granted. Orders filed.

PEOPLE v. MERINDA. (Supreme Court, Appellate Division, First Department. January 14, 1910.) Proceeding by the People against Michael Merinda. With this case has been consolidated in this court cases bearing titles as follows: Max Hallheimer v. Morris Bloch; Manix Co. v. Oscar Wentzel; Chas. J. Brooks v. Racich Mfg. Co. No opinions. Motions granted, unless appellant complies with conditions stated in orders. Orders filed.

PEOPLE v. MORGENSTERN et al. In re SAYLES. PEOPLE v. BINGHAM. (Supreme Court, Appellate Division, First Department. December 24, 1909.) Proceeding by the People of the State of New York against George Morgenstern and another. In the matter of Whipple O. Sayles. Proceeding by the People of the State of New York against Thomas